UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JUVENAL PULIDO-TORRES,

                Petitioner,

      v.

NATHALIE R. ASHER, et al.,

                Respondents.

Case No. C12-1211-RSL

**ORDER OF DISMISSAL**

      The Court, after careful consideration of petitioner's petition for writ of habeas corpus, respondents' motion to dismiss, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, does hereby find and **ORDER**:

    (1)    The Court adopts the Report and Recommendation.

    (2)    Petitioner's petition for writ of habeas corpus, Dkt. 1, is **DENIED**, respondents' motion to dismiss, Dkt. 12, is **GRANTED**, and this matter be **DISMISSED** with prejudice; the previous temporary stay of removal issued by the Court, Dkt. 3, is **VACATED**.

ORDER OF DISMISSAL - 1

1     DATED this 11th day of October, 2012.

2

3

4                                         ROBERT S. LASNIK
                                          United States District Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER OF DISMISSAL - 2